### 53730. PRIM v. TRAVELERS INSURANCE COMPANY et al.

QUILLIAN, Presiding Judge.

The superior court was correct in affirming the award of the State Board of Workmen's Compensation.

*Judgment affirmed. Shulman and Banke, JJ., concur.*

ARGUED APRIL 12, 1977 — DECIDED APRIL 28, 1977.

*Frank M. Eldridge,* for appellant.
*B. A. Bladen, Freeman & Hawkins, R. Jeffrey*

*Morrison, Albert H. Parnell,* for appellees.